UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:18-CR-15-TLS-PRC |
| | ) | |
| MARJORIE R. WARFIELD, | ) | |
| Defendant. | ) | |

**<u>FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON PLEA OF GUILTY BY DEFENDANT MARJORIE R. WARFIELD</u>**

TO:   THE HONORABLE THERESA L. SPRINGMANN,
         UNITED STATES DISTRICT COURT

Upon Defendant Marjorie R. Warfield's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on June 20, 2018, with the consent of Defendant Marjorie R. Warfield, counsel for Defendant Marjorie R. Warfield, and counsel for the United States of America.

The hearing on Defendant Marjorie R. Warfield's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Marjorie R. Warfield under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Marjorie R. Warfield,

I FIND as follows:

(1) that Defendant Marjorie R. Warfield understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Marjorie R. Warfield understands her right to trial by jury, to persist in her

plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and against compelled self-incrimination;

(3) that Defendant Marjorie R. Warfield understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Marjorie R. Warfield understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Marjorie R. Warfield has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Marjorie R. Warfield is competent to plead guilty;

(6) that Defendant Marjorie R. Warfield understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Marjorie R. Warfield's plea; and further,

I RECOMMEND that the Court accept Defendant Marjorie R. Warfield's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Marjorie R. Warfield be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Marjorie R. Warfield be adjudged guilty, a sentencing date before the presiding judge will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 20th day of June, 2018.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:    Honorable Theresa L. Springmann